| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |

Mobile Logistics, LLC, §
§
    Plaintiff, §
§
versus § Civil Action H-12-2297
§
Old Dominion Freight Line, Inc., §
§
    Defendant. §

## Order

1. Motions to the court must be filed with a caption.

2. E-mails will not be read and will be deleted. The court is not your ex-girlfriend's Facebook wall.

Signed on November 7, 2012, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge